# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRIAN EUGENE LEPLEY,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK,
Respondent.

No. 71624

**FILED**

NOV 17 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DENYING PETITION

This original petition for a writ of mandamus challenges a district court order or actions related to a petition for a writ of habeas corpus.[1] We decline to intervene by way of extraordinary writ because petitioner has an adequate remedy at law in that he may appeal from any adverse final decision entered by the district court. *See* NRS 34.170 (mandamus will issue when there is no plain, speedy, and adequate legal remedy); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004) ("[T]he right to appeal is generally an adequate legal remedy that precludes writ relief"). Accordingly, we

ORDER the petition DENIED.

_____, C. J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

----

[1]The motion to waive the filing fee is denied because no filing fee was charged in this matter. *See* NRS 2.250(1)(d)(3).

16-35905

cc:    Department 17, Eighth Judicial District Court
Brian Eugene Lepley
Attorney General/Carson City
Eighth District Court Clerk